NICK A. MOSCHETTI, JR.
Nevada Bar #920
1105 Terminal Way, Suite 215
Reno, Nevada 89502
Telephone: (775) 786-6055
Fax: (775) 786-6164
Email: nickamojr@gmail.com

*Counsel for Debtor Tahoe Friday, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

*****

| | |
|---|---|
| In re: ) | Case NO.: BK-09-52910-GWZ |
| ) | Chapter 11 |
| Tahoe Friday, LLC ) | |
| Debtor. ) | DATE: |
| _____) | TIME: |

### DECLARATION OF LINDA MUELLER IN SUPPORT OF DEBTOR'S MOTION FOR EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004 OF THREE NAMED ENTITIES

I, Linda Mueller, hereby declare as follows:

1. I am the controlling member of Encore EMS, Inc., the manager of Debtor, and Debtor is a tenant in common owner of sixty percent (60%) of the Blue Lake Inn, the subject property in this bankruptcy, which is in foreclosure.

1

2. I also was the sole owner/member of Matterhorn Enterprises, LLC, an 8.33% tenant in common owner of the subject property on or about October 8, 2006 when Notice of Default was recorded against the subject property.

3. I make the following statements based upon my capacity as stated in paragraphs 1 and 2 above, and based on my personal knowledge.

4. As a tenant in common owner of the subject property, I state, based upon my best personal recollection and search of my records and documents, that I have not received a Notice of Default or a Notice of Sale relating to the subject property.

5. This Declaration is submitted on behalf of Debtor and its MOTION FOR EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004 OF THREE NAMED ENTITIES

I make the foregoing statements on September 9th, 2009, under penalty of perjury under the laws of the United States.

/s/ Linda Mueller
LINDA MUELLER

2