**Entered on Docket**
**September 09, 2009**

NICK A. MOSCHETTI, JR.
Nevada Bar #920
1105 Terminal Way, Suite 215
Reno, Nevada 89502
Telephone: (775) 786-6055
Fax: (775) 786-6164
Email: nickamojr@gmail.com

*Counsel for Debtor Tahoe Friday, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

*****

| | |
|---|---|
| In re: | ) Case NO.: BK-09-52910-GWZ |
|  | ) Chapter 11 |
| Tahoe Friday, LLC | ) |
|        Debtor. | ) DATE: |
| _____ | ) TIME: |

**ORDER GRANTING APPLICATION FOR EXAMINATION PURSUANT TO**
**BANKRUPTCY RULE 2004 OF THREE NAMED ENTITIES**

Having considered the Ex Parte Application For Examination Pursuant To Bankruptcy Rule 2004 Of Three Named Entities filed by Debtor, by and through its counsel, Nick A. Moschetti, Jr., and having found that the application is proper pursuant to Bankruptcy Rule 2004(a) and Local Rule 2004(b), and good cause appearing:

1

IT IS HEREBY ORDERED that (i) Adam Fasani of Wells Fargo Bank, N.A., (ii) Fidelity National Title Company of California, and (iii) Debra Berg of W.T. Capital Lender Services, authorized agent of Fidelity National Title Company of California, or their respective custodians of records and/or individuals designated by them, appear for an examination relating to the acts, conduct, or property, or to the liabilities and financial condition of the Debtor, or to any matter which may affect the administration of Debtor's bankruptcy estate, specifically including but not limited to the pending foreclosure against the real property commonly known as 944 Friday Avenue and 939 LaSalle Street, South Tahoe, California 96150, and assigned Assessor Parcel Nos. 029-053-08 and 029-053-13, as well as any personal property related thereto.

IT IS FURTHER ORDERED that the examination being more than ten (10) business days after the date Debtor's Ex Parte Application is filed, the Clerk may sign this Order for examination.

SUBMITTED BY:

_____
NICK A. MOSCHETTI, JR.
Nevada Bar #920
1105 Terminal Way, Suite 215
Reno, Nevada 89502
*Counsel for Debtor Tahoe Friday, LLC*