

**Entered on Docket
January 29, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

___

SHEA & CARLYON, LTD.
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 9688
701 Bridger Avenue, Suite 850
Las Vegas, NV 89101
Telephone No. (702) 471-7432
Facsimile No.  (702) 471-7435
E-mail: ssherman@sheacarlyon.com

*Counsel for Secured Creditor, Wells Fargo Bank, National Association*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>TAHOE FRIDAY, LLC<br><br>Debtor. | Case No.: BK-N-09-52910-GWZ<br>Chapter 11<br><br>**ORDER GRANTING WELLS FARGO BANK'S EX PARTE MOTION TO APPROVE STIPULATION RE MOTION FOR RELIEF FROM STAY** |

The Court having considered Wells Fargo Bank's Ex Parte Motion to Approve Stipulation Re Motion for Relief from Stay; finding that the Stipulation is fair and equitable with consideration given to the factors articulated In re A&C Properties, 784 F.2d 1377 (9th Cir.); noting that no other party-in-interest has filed an opposition to the Motion; and for good cause appearing:

*SHEA & CARLYON, LTD.*
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
(702) 471-7432

1     IT IS HEREBY ORDERED that the motion is GRANTED; and that the Stipulation

2 attached to the motion as Exhibit 1 is hereby approved.

4 SUBMITTED BY:

5 SHEA & CARLYON, LTD.

7 _____
SHLOMO S. SHERMAN, ESQ.
8 Nevada Bar No. 9688
701 Bridger Avenue, Suite 850
9 Las Vegas, NV 89101

*Counsel for Secured Creditor,*
11 *Wells Fargo Bank, National Association*

12                                     ###

*SHEA & CARLYON, LTD.*
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
(702) 471-7432