

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

SHEA & CARLYON, LTD.
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 9688
701 Bridger Avenue, Suite 850
Las Vegas, NV 89101
Telephone No. (702) 471-7432
Facsimile No.  (702) 471-7435
Email: ssherman@sheacarlyon.com

*Counsel for Secured Creditor, Wells Fargo Bank, National Association*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>TAHOE FRIDAY, LLC<br><br>                    Debtor. | Case No.: BK-N-09-52910-GWZ<br>Chapter 11<br><br>**ORDER GRANTING WELLS FARGO BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**Date:** N/A<br>**Time:** N/A |

The Court having considered Wells Fargo Bank's Motion For: (1) Relief From Automatic Stay As To Debtor's Real Property; (2) Determination Of Debtor's Status As Owner Of Single Asset Real Estate; And (3) Judicial Notice Of Pleadings Filed In A Related Case Within This District (the "Lift Stay Motion"), the oppositions thereto, the reply filed in support thereof, and the stipulation entered into among the parties with respect thereto, and for good cause appearing:

IT IS HEREBY ORDERED that relief from stay under 11 U.S.C. § 362(d)(1) requested in the Lift Stay Motion is granted, the Court finding that "cause" exists to lift the automatic stay.

IT IS FURTHER ORDERED that the relief from stay under 11 U.S.C. § 362(d)(2) requested in the Motion is granted, the Court finding that the Debtor is without equity in the Property, and has further failed to satisfy its burden of demonstrating a reasonable possibility of a successful reorganization within a reasonable time.

IT IS FURTHER ORDERED that relief from stay under 11 U.S.C. § 362(d)(4) requested in the Lift Stay Motion is granted, the Court finding that Wells Fargo has adequately demonstrated that the filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved both (i) the transfer of partial ownership in the Property without the consent of the secured creditor or court approval; and (ii) multiple bankruptcy filings affecting the Property.

IT IS FURTHER ORDERED that the effect of the Court's above findings with respect to 11 US.C. § 362(d)(4) shall be limited to the granting of *in rem* relief from stay, such that this order shall be binding in any other case purporting to affect the Property filed not later than 2 years after the date of entry of this order as set forth in 11 U.S.C. § 362(d)(4); however the Court finds that the circumstances do not warrant the imposition of any penalties or sanctions on either the Debtor or its counsel in connection with, or arising from, these findings, and hereby enjoins Wells Fargo from pursuing any such penalties or sanctions against Debtor or its counsel in either this bankruptcy case or in any other pending bankruptcy case involving the Property.

///

///

*SHEA & CARLYON, LTD.*
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
(702) 471-7432

IT IS FURTHER ORDERED that the 10-day stay of this Order that would otherwise be imposed by Fed. R. Bankr. P. 4001(a)(3) is hereby waived, and that Wells Fargo is authorized to complete its foreclosure of the Property immediately upon the entry of this Order.

SUBMITTED BY:

SHEA & CARLYON, LTD.

_____
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 9688
701 Bridger Avenue, Suite 850
Las Vegas, NV 89101

*Counsel for Wells Fargo Bank, National Association*

APPROVED BY:

NICK A. MOSCHETTI, JR.
Nevada Bar No. 920
1105 Terminal Way Suite 215
Reno, NV 89502

*Counsel for Debtor, TAHOE FRIDAY, LLC*

###